UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BFS GROUP LLC,

Plaintiff,

v. Case No.: 3:26-cv-2921-JEP-PDB

RALLY CONSTRUCTION GROUP, LLC, et al,

Defendants.
_________________________________/

**ORDER**

**THIS CAUSE** is before this Court upon *sua sponte* review of the file. In light of Plaintiff's "Notice Regarding Service of and Notice to Defendants" (Doc. 33), it is **ORDERED**:

1. Defendants may each file a response to Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 13) **on or before Friday, November 13, 2026, by 5:00 p.m.**

2. Plaintiff may file a reply **on or before Sunday, November 15, 2026, by 5:00 p.m.**

3. Both Plaintiff and Defendants must comply with this Court's Local Rules, including page limit, typeface, and margin requirements.

4. Plaintiff and Defendants shall appear **in person on Monday,**

**November 16, 2026, at 1:30 p.m.** before the undersigned for hearing on Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction" (Doc. 13) at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Courtroom 10A, Tenth Floor, Jacksonville, Florida 32202. This Court has reserved **no more than one hour for the hearing**.

5. In accordance with Federal Rule of Civil Procedure 4, Plaintiff shall promptly serve Defendants with a copy of the motion (Doc. 13), all materials filed in support thereof (Docs. 14, 20, 33), a copy of this Court's October 27 Order (Doc. 21), and a separate copy of this Order.

6. Immediately upon accomplishing service, Plaintiff shall file proof of such service in accordance with Rule 4(*l*).

**DONE** and **ORDERED** in Jacksonville, Florida on November 7, 2026.

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record